IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON J. FRANKS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3158 |
| | ) | |
| v. | ) | AMENDED |
| | ) | MEMORANDUM AND ORDER |
| PEAK CREDIT SERVICES, LLC, a | ) | |
| Florida Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff has moved to Continue the Debtor's Examination of Stephen Cerrone, (filing no.20), because the Plaintiff's counsel needs additional time to service the examinee. The Court finds plaintiff's motion will be granted.

IT IS ORDERED:

1) Plaintiff, Jason J. Franks', motion to continue the debtor's examination, (filing no. 20), is granted.

2) The debtor's examination is set to commence before this magistrate judge at 1:00 p.m. on May 12, 2011.

DATED this 13th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge